**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN MCDEVITT,**

        **Plaintiff,**

-vs-                              Case No. 6:05-cv-1120-Orl-31KRS

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

On October 19, 2006, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 10), recommending that the decision of the Commissioner (Doc. 1) be AFFIRMED. Plaintiff filed timely objections to the Report (Doc. 18). Defendant responded (Doc. 19). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. Plaintiff's objections are overruled and the Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The reconsideration of the decision of the Commissioner is AFFIRMED.

3. The Clerk is directed to enter judgment for the Defendant and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE